DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 1:01-CR-00002(JWS) |
|---|---|
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| ALYCE MAE FREEMAN, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

    I, RICHARD L. POMEROY, hereby state on oath:

    1.    Judgment for $63,668.77 was imposed on September 11, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against ALYCE MAE FREEMAN as judgment debtor.

    2.    I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

    3.    The judgment debtor was represented by counsel.

    4.    The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

  $0.00  accrued interest, computed at 0%.

  $150.00  accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

  $5,368.76  which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7. $58,450.01  ACTUALLY DUE on May 11, 2006. Of this total, $58,300.01 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. ALYCE MAE FREEMAN
Case No.: 1:01-CR-00002(JWS)

//

DATED this 17th day of May, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> *Richard L Pomeroy*
> RICHARD L. POMEROY
> Assistant U.S. Attorney
> 222 West 7th Avenue # 9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> Email: richard.pomeroy@usdoj.gov
> AK #8906031

SUBSCRIBED AND SWORN TO before me this 17th day of May, 2006, at Anchorage, Alaska.

> NOTARY PUBLIC
> State of Alaska
> My Commission Expires: 11/17/08

U.S. vs. ALYCE MAE FREEMAN
Case No.: 1:01-CR-00002(JWS)

3