NELSON P. COHEN  
United States Attorney

RICHARD L. POMEROY  
Assistant U.S. Attorney  
222 West 7th Avenue, # 9, Room 253  
Anchorage, AK  99513-7567  
Tel. (907) 271-5071  
Fax  (907) 271-2344  
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:01-CR-00002 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO RELEASE ATTACHED PFD** |
| Alyce Mae Freeman, | ) | **FUNDS** |
| | ) | |
| Defendant. | ) | |

    Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

    The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

    IT IS SO ORDERED.

DATED:_____          _____  
                                                                   UNITED STATES DISTRICT JUDGE

**DOCUMENT NAME**  
Alyce Mae Freeman  
1:01-CR-00002 (JWS)