PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.  Case No.   J01-0002-CR (JWS)

FREEMAN, Alyce

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on September 25, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**            9/25/07
_____       _____
Timothy M. Astle                 Date
tion/Pretrial Services Officer

**REDACTED SIGNATURE**
_____
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 25th day of September, 2007

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge