IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  1:01-CR-00002 (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER TO RELEASE ATTACHED PFD** |
| Alyce Mae Freeman, ) | **FUNDS** |
| ) | |
| Defendant. ) | |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.


DATED: December 12, 2007          /s/ JOHN W. SEDWICK
                                  UNITED STATES DISTRICT JUDGE